In the Matter of the Claim of JOHN H. EATON, Respondent, against WEBSTER MOTORS OF GLENS FALLS, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 7, 1943; decided November 18, 1943.

*Joseph F. Donovan* for appellants.

*Nathaniel L. Goldstein,* Attorney-General (*Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board. respondent.

Order affirmed, with costs; no opinion.

Concur: RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., LOUGHRAN and THACHER, JJ., dissent on authority of *Matter of Tafft* v. *Stafford,* 266 N. Y. 555.